Filing # 97143470 E-Filed 10/11/2019 04:37:39 PM

IN THE CIRCUIT COURT OF THE 4TH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.:

KENNETH JAMES GRANDY,
individually,

    Plaintiff,
vs.

JAMES ERIC MALLICK, individually,
and AMERICAN WEST WORLDWIDE
EXPRESS, INC.,

    Defendants.
_____/

## COMPLAINT

COMES NOW, the Plaintiff, KENNETH JAMES GRANDY, individually, by and through his undersigned counsel, and sues the Defendants, JAMES ERIC MALLICK and AMERICAN WEST WORLDWIDE EXPRESS, INC., and alleges:

### GENERAL ALLEGATIONS AS TO ALL COUNTS

1. This is an action for damages in excess of Fifteen Thousand ($15,000.00) Dollars, exclusive of interest and costs.

2. Venue is proper in the City of Jacksonville, Duval County, Florida, as all acts complained of occurred in Duval County, Florida, geographic location and convenience of the parties and witnesses.

3. At all times material hereto and at the time of the incident complained of, Plaintiff, KENNETH JAMES GRANDY, was a resident of Jacksonville, Duval County, Florida, and is <u>sui juris</u>.

4. At all times material hereto and at the time of the incident complained of, Defendant, JAMES ERIC MALLICK, was a resident of Lakeland, Florida.

5. At all times material hereto and at the times of the incident complained of, Defendant, AMERICAN WEST WORLDWIDE EXPRESS, INC. (hereinafter "AMERICAN WEST"), was doing substantial and not isolated business in the State of Florida, and was doing conducting business in Duval County, Florida, which gives rise to this cause of action.

6. On or about August 8, 2019, Defendant, JAMES ERIC MALLICK, was in the course and scope of his agency and/or employment with Defendant, AMERICAN WEST, and was operating a 2003 International L9227 Semi-Truck, which was owned by AMERICAN WEST, in furtherance of the interests of AMERICAN WEST, and was traveling south on San Jose Blvd. in Jacksonville, Duval County, Florida.

7. At the aforestated date and place, Plaintiff, KENNETH JAMES GRANDY, was operating a bicycle when Defendant, JAMES ERIC MALLICK, carelessly and negligently was struck the Plaintiff with the Semi-Truck. As a direct and proximate result of the incident, Plaintiff, KENNETH JAMES GRANDY, was severely and permanently injured as more fully set forth herein.

### COUNT I – NEGLIGENCE CLAIM OF KENNETH JAMES GRANDY AGAINST DEFENDANT JAMES ERIC MALLICK

Plaintiff, KENNETH JAMES GRANDY, reavers and realleges all of the allegations contained in Paragraphs 1 through 7, as though more fully set forth herein and further states:

8. The Defendant, JAMES ERIC MALLICK, owed a duty to the Plaintiff, KENNETH JAMES GRANDY, to keep the aforementioned Semi-Truck under control at all times.

9. The Defendant, JAMES ERIC MALLICK, breached his duty owed to the Plaintiff, KENNETH JAMES GRANDY, by operating the aforedescribed Semi Truck in a careless and negligent manner.

10. As a direct and proximate result of the negligence and carelessness of the Defendant, JAMES ERIC MALLICK, the Plaintiff, KENNETH JAMES GRANDY, suffered severe and permanent bodily injuries and damages, resulting pain therefrom, pain and suffering, exacerbation of preexisting injuries, mental anguish, past and future medical expenses, loss of the capacity for the enjoyment of life, disfigurement, and loss of past earnings and loss of future earning capacity. The losses are either permanent or continuing in nature and the Plaintiff, KENNETH JAMES GRANDY, will suffer these losses in the future.

WHEREFORE, the Plaintiff, KENNETH JAMES GRANDY, demands judgment against the Defendant, JAMES ERIC MALLICK, in an amount in excess of Fifteen Thousand ($15,000.00) Dollars, exclusive of interest and costs, which are prayed for in addition thereto.

### COUNT II–NEGLIGENCE CLAIM OF KENNETH JAMES GRANDY AGAINST DEFENDANT, AMERICAN WEST WORLDWIDE EXPRESS, INC.

Plaintiff, KENNETH JAMES GRANDY, realleges and reavers each and every allegation set forth in paragraphs 1 through 7 as though fully set forth herein and further states:

11. On the aforementioned time, place, and date, the aforedescribed vehicle was owned, operated, maintained and/or controlled by the Defendant, AMERICAN WEST, by and through its agents and employees.

12. The Defendant, AMERICAN WEST, by and through its agents and employees, owed a duty to the Plaintiff, to keep the aforementioned vehicle under control at all times.

13. The Defendant, AMERICAN WEST, by and through its agents and employees breached that duty owed to the Plaintiff, by operating the aforementioned vehicle in a careless and

negligent manner.

14. As a direct and proximate result of the negligence and carelessness of the Defendant, AMERICAN WEST, the Plaintiff suffered bodily injury resulting in pain, suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and/or aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, KENNETH JAMES GRANDY, demands judgment against the Defendant, AMERICAN WEST WORLDWIDE EXPRESS, INC., for compensatory damages in an amount in excess of Fifteen Thousand ($15,000.00) Dollars, exclusive of interest and court costs, which are prayed for in addition thereto.

### COUNT III – VICARIOUS LIABILITY CLAIM OF KENNETH JAMES GRANDY AGAINST DEFENDANT, AMERICAN WEST WORLDWIDE EXPRESS, INC.

Plaintiff, KENNETH JAMES GRANDY, realleges and reavers each and every allegation set forth in paragraphs 1 through 7 as though fully set forth herein and further states:

15. On the aforementioned date and place, the aforedescribed Semi-Truck was being driven by JAMES ERIC MALLICK and owned by Defendant, AMERICAN WEST.

16. On the aforementioned time, date and place, Defendant, JAMES ERIC MALLICK, owed Plaintiff a duty to keep the aforementioned Semi-Truck under control at all times, and he breached that duty by operating the aforementioned vehicle in a careless and negligent manner, thereby causing the Plaintiff to be severely and permanently injured.

17. Defendant, AMERICAN WEST, is vicariously liable for the negligence of JAMES ERIC MALLICK.

WHEREFORE, the Plaintiff, KENNETH JAMES GRANDY, demands judgment against Defendant, AMERICAN WEST WORLDWIDE EXPRESS, INC., in an amount in excess of Fifteen Thousand ($15,000.00) Dollars, exclusive of interest and costs, which are prayed for in addition thereto.

## **DEMAND FOR JURY TRIAL**

Plaintiff demands trial by jury on all issues so triable by right.

Dated this 11th day of October, 2019.

>MARK G. DICOWDEN, PA.
>*Attorney for the Plaintiff*
>1500 E. Las Olas Blvd., Suite 202
>Fort Lauderdale, FL 33301
>Telephone: (954) 801-8200
>Fax: (800) 297-2744
>Service Email: service@dicowdenlaw.com
>
>BY: _____
>MARK G. DICOWDEN, ESQUIRE
>Florida Bar No.: 38304