UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**KENNETH JAMES GRANDY,**

    **Plaintiff,**

**v.**                                           Case No.: 3:20-cv-891-J-39JRK

**JAMES ERIC MALLICK and AMERICAN WEST WORLDWIDE EXPRESS, INC.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal (Doc. No. 13; Stipulation) filed on October 15, 2020. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.     This case is **DISMISSED with prejudice.**

2.     Each party shall bear its own costs and fees.

3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 16th day of October, 2020.

BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*